IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03287-LTB

CEDRIC GREENE,

    Plaintiff,

v.

JOANNE DELGADO,

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 22, 2019, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 22 day of November, 2019.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ *A. Garcia Garcia*
                      Deputy Clerk